```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 20027
  AMBRA R SMITH
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-4908

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/31/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED            718.04          .00          .00
AFFILIATED CREDIT SERVIC  SECURED VEHIC       4050.00          .00          .00
AFFILIATED CREDIT SERVIC  UNSECURED         NOT FILED          .00          .00
AMERICAS FINANCIAL CHOIC  UNSECURED            438.56          .00          .00
AMERICAS FINANCIAL CHOIC  UNSECURED         NOT FILED          .00          .00
AT & T WIRELESS           UNSECURED         NOT FILED          .00          .00
CHICAGO DEPT OF REVENUE   UNSECURED            751.88          .00          .00
COMMONWEALTH EDISON       UNSECURED            660.85          .00          .00
ROUNDUP FUNDING LLC       UNSECURED           1233.83          .00          .00
PREMIER BANKCARD          UNSECURED            407.76          .00          .00
RECEIVABLE PERFORMANCE    UNSECURED         NOT FILED          .00          .00
B-REAL LLC                UNSECURED            305.00          .00          .00
ERNESTO D BORGES JR       DEBTOR ATTY        3,200.00                       .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      -------------          -------------
TOTALS                        .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 20027 AMBRA R SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |